UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OMAIRA BOENKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-222 |
| | § | |
| DIANA SUPER INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL DISMISSAL ORDER**

Before the Court is Mawal's Unopposed Motion to Correct Clerical Error. Dkt. 41. Also before the Court is the parties' Stipulation of Dismissal with Prejudice as to Defendant Diana Super Inc. Only. Dkt. 40. Upon consideration of the motion to correct and the joint stipulation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that the Court's Partial Dismissal Order with respect to Defendant Mawal Enterprises, LLC (Dkt. 38) is hereby **WITHDRAWN**.

It is further **ORDERED** that any and all claims filed against Defendant Mawal Enterprises, LLC are hereby **Dismissed with prejudice**.

It is further **ORDERED** that any and all claims by Plaintiff against Defendant Diana Super Inc. are hereby **Dismissed with prejudice**.

All Defendants having been individually dismissed, the above-styled cause is hereby **Dismissed with prejudice**. All costs shall be taxed against the party incurring the same.

All pending motions are hereby **DENIED as moot**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 20th day of March, 2017.

_____
George C. Hanks Jr.
United States District Judge